IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | Chapter 11 | |
| § | | |
| GUARANTY FINANCIAL GROUP INC. § | CASE NO. 09-35582-bjh | |
| § | | |
| GUARANTY GROUP VENTURES INC. § | CASE NO. 09-35583-hdh | |
| § | | |
| GUARANTY HOLDINGS INC. I § | CASE NO. 09-35584-bjh | |
| § | | |
| GUARANTY GROUP CAPITAL INC. § | CASE NO. 09-35586-hdh | |
| § | | |
| DEBTORS. § | MOTION FOR JOINT | |
| § | ADMINISTRATION PENDING | |

**CONSOLIDATED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS**

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St.<br>Wilmington, DE 19890-0001 | | Indenture trustee | | $305,000,000 (principal balance) |
| Kenneth R. Dubuque<br>124 E. 84th St., Apt 7B<br>New York, NY 10028 | | Former Guaranty Bank employee with SERP balance & SBC Claim | | $1,555,161 |
| City of San Antonio<br>PO Box 839966<br>San Antonio, TX 78283 | | Contractual obligation | | $371,185 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Harold L. Shults, Jr.<br>1380 Patterson Rd.<br>Austin, TX 78733 | | Former Guaranty Bank employee with SERP balance | | $220,562 |
| Robert B. Greenwood<br>4687 Fairfax Ave.<br>Dallas, TX 75209 | | Former Guaranty Bank employee with SERP balance and SBC Claim | | $217,239 |
| Ronald D. Murff<br>88 Abbey Woods Lane<br>Dallas, TX 75248 | | Former Guaranty Bank employee with SERP balance | | $156,670 |
| Robert S. LeBlanc<br>5709 River Rock Lane<br>Plano, TX 75093 | | Former Guaranty Bank employee with SERP balance | | $126,515 |
| Gregory W. Econn<br>9744 Wilshire Blvd.<br>Beverly Hills, CA 90212 | | Former Guaranty Bank employee with SERP balance | | $104,181 |
| Ken A. Clark<br>4000 Sigma Road #6204<br>Farmers Branch, X 75244 | | Former Guaranty Bank employee with SERP balance | | $85,513 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Jerry W. Hickenbottom<br>8603 Bryer Creek Trail<br>Austin, TX 78717 | | Former Guaranty Bank employee with SBC Claim | | $82,702 |
| Mark A. Crawford<br>3200 Cedar Ridge<br>Flower Mound, TX 75022 | | Former Guaranty Bank employee with SERP balance | | $70,558 |
| Morris Knight<br>357 Rivermeadow Dr.<br>Woodbridge, CA 95258 | | Former Guaranty Bank employee with SBC Claim | | $70,433 |
| Deborah M. Laycock<br>3920 Bryn Mawr<br>Dallas, TX 75225 | | Former Guaranty Bank employee with SERP balance | | $67,968 |
| Kelli Glass<br>4002 Park Lane<br>Austin, TX 75220 | | Unpaid severance | | $65,962 |
| James L. Johnson<br>5721 Clarendon Drive<br>Plano, TX 75093 | | Former Guaranty Bank employee with SERP balance | | $63,143 |
| Rusty Charlton<br>1803 Chincoteague Way<br>Round Rock, TX 78681 | | Unpaid severance | | $60,646 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Morris Knight<br>357 Rivermeadow Dr.<br>Woodbridge, CA 95258 | | Former Guaranty Bank employee with SERP balance | | $57,844 |
| B. Lee Crawford<br>1529 Barton Springs Rd. Unit 2<br>Austin, TX 78704 | | Former Guaranty Bank employee with SBC Claim | | $44,364 |
| John P. Halliburton<br>1008 Wimberly Court<br>Allen, TX 75013 | | Former Guaranty Bank employee with SERP balance | | $42,511 |
| Michael D. Calcote<br>2341 Folkstone Way<br>Bedford, TX 76021 | | Former Guaranty Bank employee with SERP balance | | $39,962 |

I, Dennis Faulkner, Chief Restructuring Officer for each of the above-named Debtors, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: August 27, 2009   Signature: */s/ Dennis Faulkner*
                                   Dennis Faulkner, Chief Restructuring
                                   Officer of Debtors