Steven B. Soll
Jeffrey K. Cymbler
Melanie L. Cyganowski
**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
230 Park Avenue
New York, New York 10169
Telephone: (212) 905-3648
Facsimile: (917) 368-7105

Peter C. Lewis
Jamie Seaberry
**ADORNO YOSS WHITE & WIGGINS, LLP**
Bank of America Plaza
901 Main Street, Suite 6200
Dallas, Texas 75202
Telephone: (214) 665-4150
Facsimile: (214) 665-4160

**ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER OF GUARANTY BANK**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Guaranty Financial Group Inc., | Case No. 09-35582-bjh |
| Debtor. | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
### REQUEST FOR SERVICE OF ALL NOTICES UNDER BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the Federal Deposit Insurance Corporation, as Receiver of Guaranty Bank, in the above case and requests as provided in 11 U.S.C. §§1109(b) and 342, and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that all notices given or required

1369525.1

to be given in the above captioned case, and all papers served or required to be served, be given to and served, whether electronically or otherwise, upon:

>Steven B. Soll, Esq.
>Melanie L. Cyganowski, Esq.
>Jeffrey K. Cymbler, Esq.
>Otterbourg, Steindler, Houston & Rosen, P.C.
>230 Park Avenue
>New York, New York 10169
>Telephone: (212) 661-9100
>Facsimile: (212) 682-6104
>Email: ssoll@oshr.com
>mcyganowski@oshr.com
>jcymbler@oshr.com
>
>Peter C. Lewis, Esq.
>Jamie Seaberry, Esq.
>Adorno Yoss White & Wiggins, L.L.P.
>Bank of America Plaza
>901 Main Street, Suite 6200
>Dallas, Texas 75202
>Telephone: (214) 665-4150
>Facsimile: (214) 665-4160
>E-Mail: plewis@adorno.com
>E-Mail: jseaberry@adorno.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, E-Mail, Internet, or otherwise filed or made with regard to the above-captioned case, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

1369525.1                                    2

**PLEASE TAKE FURTHER NOTICE** that neither this request nor any subsequent appearance, pleading, claim, proof of service, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Sovereign immunity;

    b.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy of proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or United States Constitution;

    d.    Right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupment or other matters to which this party is entitled under any agreement or at law or in equity or under the United States Constitution. All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: August 27, 2009

> OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
> Steven B. Soll, Esq.
> Melanie L. Cyganowski, Esq.
> Jeffrey K. Cymbler, Esq.
> 230 Park Avenue
> New York, New York 10169
> Telephone: (212) 661-9100
> Facsimile: (212) 682-6104
> Email: ssoll@oshr.com
> mcyganowski@oshr.com
> jcymbler@oshr.com
>
> and
>
> ADORNO YOSS WHITE & WIGGENS
>
>
> By: /s/ Peter C. Lewis
> PETER C. LEWIS
> Texas State Bar No. 12302100
> Jamie Seaberry
> Texas State Bar No. 24037345
> Bank of America Plaza
> 901 Main Street, Suite 6200
> Dallas, Texas 75202
> Telephone: (214) 665-4150
> Telecopier: (214) 665-4160
> E-Mail: plewis@adorno.com
> E-mail: jseaberry@adorno.com
>
> Co-Counsel for the Federal Deposit Insurance Corporation, as Receiver of Guaranty Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by first-class mail, postage prepaid, telecopy, certified mail, return receipt requested and/or by electronic notification to the persons and/or entities registered with CM/ECF on this the 27th day of August, 2009.

          /s/ Peter C. Lewis
          **PETER C. LEWIS, ESQ.**