# UNITED STATES BANKRUPTCY COURT

| NORTHERN | DISTRICT OF | TEXAS, DALLAS DIVISION |
|---|---|---|

In re:  Guaranty Financial Group Inc.

(Name)                                           Debtor

Case No.        09-35582-bjh

(If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101.

---

None  ☐

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2007 - $10,199,000 | INTEREST & DIVIDENDS |
| 2008 - $11,019,734 | INTEREST & DIVIDENDS |
| 2009 - $       0 | N/A |

---

None  ×

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

None
×

**3. Payments to creditors**
*Complete a. or b. as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes this case is affected by such transfer of all property that constitutes or is affected by such transfer is not less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATE OF PAYMENT/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Exhibit 3b

None
☐

   c.   *All Debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Exhibit 3c

None
☐

**4. Suits and administrative proceedings, executions, garnishments and attachments**

   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT & CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Harold Shults Jr. vs. Guaranty Financial Group Inc. | Breach of contract | District Court of Travis County, Texas, 201st Judicial District | Open |
| Leon Stambler vs. JPMorgan Chase & Co., et al | Patent Infringement | District Court for the Eastern District of Texas, Marshall Division | Open |

None
×

   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|

None
×

**5. Repossessions, foreclosures and returns**

   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|

None
☐

**6. Assignments and receiverships**
    a.    Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Federal Deposit Insurance Corp.<br>Otterbourg Steindler Houston & Rosen, P.C.<br>230 Park Avenue<br>New York NY  10169 | 8/21/09 | The Office of Thrift Supervision appointed the FDIC as receiver for Guaranty Bank, an indirect subsidiary of the Debtor. |

None
☐

    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CUSTODIAN | NAME & LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|---|
| Federal Deposit Insurance Corp.<br>Otterbourg Steindler Houston & Rosen, P.C.<br>230 Park Avenue<br>New York NY  10169 | | 8/21/09 | Guaranty Bank<br>1300 S. Mopac Expressway<br>Austin, TX  78746<br><br>8333 Douglas Avenue<br>Dallas, TX  75225 |

None
✕

**7. Gifts**
    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION & VALUE OF GIFT |
|---|---|---|---|

None
✕

**8. Losses**
    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION & VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES &, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

None
☐

**9. Payments related to debt counseling or bankruptcy**
    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX  75219 | 8/13/09 | $53,730.05 |
| | 8/18/09 | $25,000.00 |
| | 8/21/09 | $81,414.57 |
| | 8/24/09 | $51,474.76 |

None
☐

**10. Other transfers**

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED & VALUE RECEIVED |
|---|---|---|
| Guaranty Bank 1300 S. Mopac Expressway Austin, TX 78746 100% Owned Subsidiary | August 2009 | The Debtor exchanged 305,000 shares of preferred stock of RWHC, Inc., a subsidiary of Guaranty Bank, with a nominal value of $305,000,000 for 305,000 shares of preferred stock of Guaranty Bank. |

None
×

b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

None
×

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, & AMOUNT OF FINAL BALANCE | AMOUNT & DATE OF SALE OR CLOSING |
|---|---|---|

None
×

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

None
×

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

None
×

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME & ADDRESS OF OWNER | DESCRIPTION & VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

None
☐

**15. Prior address of debtor**

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1300 S. Mopac Expressway Austin, TX 78746 | Guaranty Financial Group Inc. | |

None
×

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
×

**a.** List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAMES AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
×

**b.** List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAMES AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
×

**c.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAMES AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

None
☐

**18. Nature, location and name of business**

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC.SEC.NO., COMPLETE EIN OR OTHER TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|---|
| Guaranty Holdings Inc. I | 75-2244180 | 1700 Bank of America Plaza 300 S. Fourth St. Las Vegas, NV 89101 | Holding company for Guaranty Financial Group Inc.'s investments in Guaranty Bank. It is a Delaware corporation and has no other activities. | 9/21/1988 - present |

| | | | | |
|---|---|---|---|---|
| Guaranty Group Capital Inc. | 74-2555146 | 8333 Douglas Ave. Dallas, TX 75225 | Exists to enter into financing arrangements outside of Guaranty Bank. Presently the only activities are the remaining record-keeping activities associated with the sub-debt which was economically defeased in 2007 (that defeasance is described in the 10-K). Was formerly named Temple-Inland Capital. | 12/21/1989 – present |
| Guaranty Group Ventures Inc. | 74-2366105 | 8333 Douglas Ave. Dallas, TX 75225 | Exists to own certain assets and engages in other non-banking activities. Was formerly named LIC Investments. | 4/29/1985 - present |

None
×

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                                   ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

None
☐

**19. Books, records and financial statements**
a.    List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME & ADDRESS | DATES  SERVICE RENDERED |
|---|---|
| Craig Gifford 2720 Drew Ave. S. Minneapolis, MN  55416 | Until 11/2008 |
| Jamie Frey 11613 Coalwood Cove Austin, TX  78739 | Until Petition Date 8/27/09 |
| Louis Mestier 2107 Peach Tree St. Austin, TX  78704 | Until 2/2009 |
| Mary S. Carpenter 7040 Bethlehem Drive Grand Prairie, TX  75054 | Mid-2008 |
| Sharon H. McCollum 1 Pleasant Cove Austin, TX  78746 | Until Petition Date 8/27/09 |

None
☐

b.    List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICE RENDERED |
|---|---|---|
| Ernst & Young LLP | PO Box 848107<br>Dallas, TX  75284-8107 | 2007-2008 |

None
☐

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Federal Deposit Insurance Corp. | Otterbourg Steindler Houston & Rosen, P.C.<br>230 Park Avenue<br>New York NY  10169 |
| BBVA Compass Bank | Attn:  Jerry W. Powell, General Counsel and Secretary<br>15 South 20th Street<br>Birmingham, AL  35233 |
| BBVA Compass Bank | Attn:  Shane Clanton, Deputy General Counsel<br>15 South 20th Street<br>Birmingham, AL  35233 |

Due to the appointment of the FDIC as Receiver for Guaranty Bank and the subsequent sale to BBVA Compass, BBVA Compass may be in possession of some of the business records of the Debtor.

None
☐

d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Federal Deposit Insurance Corp.<br>Otterbourg Steindler Houston & Rosen, P.C.<br>230 Park Avenue<br>New York NY  10169 | 8/21/09 |
| Office of Thrift Supervision (OTS)<br>225 E. John Carpenter Freeway<br>Suite 500<br>Irving, TX  75062 | Periodic reporting over the 2 year period |

None
×

**20. Inventories**

a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
×

b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME & ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

None
×

**21. Current Partners, Officers, Directors and Shareholders**
a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME & ADDRESS                        NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None
☐

b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME & ADDRESS                        TITLE                        NATURE & PERCENTAGE OF STOCK OWNERSHIP

Exhibit 21b

None
×

**22. Former partners, officers, directors and shareholders**
a.      If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None
☐

b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                        TITLE                        DATE OF TERMINATION

Exhibit 22b

None
☐

**23. Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during **one year** immediately preceding the commencement of the case.

NAME & ADDRESS OF RECIPIENT,          DATE & PURPOSE OF          AMOUNT OF MONEY OR
RELATIONSHIP TO DEBTOR                WITHDRAWAL                 DESCRIPTION & VALUE OF PROPERTY

Exhibit 23

None
☐

**24. Tax Consolidation Group**
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER

Guaranty Financial Group Inc.                                    74-2421034
fka Temple-Inland Financial Services Inc.
1300 S. Mopac Expressway
Austin, TX  78746

None
×

**25. Pension Funds**
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER



*[If completed on behalf of a partnership or corporation]*

I, Dennis S. Faulkner, Chief Restructuring Officer for the Debtor, Guaranty Financial Group Inc., declare that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto. Because of the lack of personal knowledge regarding the operations of the Debtor for periods ending prior to my appointment, neither I nor my accountants can verify that the information contained herein is totally complete or totally accurate. However, I can state that based upon the books and records of the Debtor, the information contained herein appears to be true and correct to the best of my knowledge, information and belief.

Date: ___9/29/09___           Signature: _____

Dennis S. Faulkner, Chief Restructuring Officer
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___13___  Continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs
Payment to Creditors
Exhibit 3b

**3b. Payments on loans, installment purchases of goods or services or other debts.**

| Payee | Address | Payment Date | Amount | Amount Still Owing |
|---|---|---|---|---|
| COMPUTERSHARE INC | 250 ROYALL ST  CANTON, MA 02021 | 6/10/2009 | $1,864.65 | |
| | | 7/8/2009 | $1,879.59 | |
| | | 8/10/2009 | $3,355.26 | |
| | | | $7,099.50 | $0.00 |
| DAVIS POLK & WARDWELL | 1600 EL CAMINO REAL  MENLO PARK, CA 94025 | 6/12/2009 | $36,360.52 | |
| | | 7/24/2009 | $20,196.00 | |
| | | 8/12/2009 | $59,267.94 | |
| | | 8/21/2009 | $70,115.81 | |
| | | | $185,940.27 | $0.00 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS  PO BOX 11728  NEWARK, NJ 07101-4728 | 6/17/2009 | $66,990.00 | |
| | | | $66,990.00 | $0.00 |
| EBE & ASSOCIATES | 114 W. 7TH STREET, SUITE 800  AUSTIN, TX 78701 | 8/21/2009 | $5,638.00 | |
| | | | $5,638.00 | $0.00 |
| FULBRIGHT & JAWORSKI LLP | 2200 ROSS AVE  #2800  DALLAS, TX. 75201-2784 | 6/11/2009 | $35,376.53 | |
| | | 7/23/2009 | $8,902.55 | |
| | | 7/28/2009 | $18,635.00 | |
| | | | $62,914.08 | $0.00 |
| HAYNES AND BOONE LLP | PO BOX 841399  DALLAS, TX  75284-1399 | 8/13/2009 | $53,730.05 | |
| | | 8/18/2009 | $25,000.00 | |
| | | 8/21/2009 | $81,414.57 | |
| | | 8/24/2009 | $51,474.76 | |
| | | | $211,619.38 | $0.00 |
| MCAFEE & TAFT | 211 N ROBINSON STE 1000  OKLAHOMA CITY, OK  73102-7103 | 8/11/2009 | $7,539.75 | |
| | | | $7,539.75 | $0.00 |
| SNEED VINE & PERRY | PO BOX 1409  AUSTIN, TX 78767 | 6/25/2009 | $19,666.66 | |
| | | | $19,666.66 | $0.00 |
| THOMSON FINANCIAL | PO BOX 5136  CAROL STREAM, IL  60197-5136 | 7/27/2009 | $14,231.14 | |
| | | | $14,231.14 | $0.00 |
| WILMINGTON TRUST SP SERVICES | PO BOX 8985  WILMINGTON, DE  19801 | 8/4/2009 | $5,750.00 | |
| | | | $5,750.00 | $0.00 |
| | | **GRAND TOTAL** | $587,388.78 | |

Guaranty Financial Group, Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs
### Payment to Insiders
### Exhibit 3c

3c. Payments to insiders.

| Name of Creditor & Relationship to Debtor | Address | Payment Date | Amount | Amount Still Owing |
|---|---|---|---|---|
| BILL WALKER | 7 TREEMONT AUSTIN, TX 78746 | 8/29/2008 | 49,504.24 | 0.00 |
| | | | 49,504.24 | |
| DR LEIGH MCALISTER | 1609 MANANA ST AUSTIN, TX 78730 | 8/29/2008 | 25,504.16 | 0.00 |
| | | | 25,504.16 | |
| GUARANTY INSURANCE SERVICES, INC. | 3721 EXECUTIVE CENTER DR AUSTIN, TX 78731 | 1/8/2009 | 432,000.00 | 0.00 |
| | | 1/8/2009 | 432,000.00 | |
| | | 1/8/2009 | 970,000.00 | |
| | | 1/8/2009 | 110,000.00 | |
| | | 1/12/2009 | 77,108.85 | |
| | | | 2,021,108.85 | |
| KENNETH M. JASTROW II | 1242 PT RANCH RD ROUND MOUNTAIN, TX 78663 | 8/29/2008 | 23,123.88 | 0.00 |
| | | | 23,123.88 | |
| RAUL ROMERO | 1600 COLONIAL HILLS DR MCLEAN, VA 22102 | 8/29/2008 | 27,754.16 | 0.00 |
| | | | 27,754.16 | |
| GUARANTY BANK | 1300 S. MOPAC EXPRESSWAY AUSTIN, TX 78746 | 8/29/2008 | 25,098.46 | |
| | | 9/15/2008 | 450,000.00 | |
| | | 9/29/2008 | 5,211.68 | |
| | | 9/29/2008 | 18,148.77 | |
| | | 10/20/2008 | 16,308.85 | |
| | | 10/20/2008 | 1,811.83 | |
| | | 11/14/2008 | 1,552.60 | |
| | | 11/20/2008 | 18,482.23 | |
| | | 11/20/2008 | 3,347.20 | |
| | | 12/22/2008 | 17,336.72 | |
| | | 12/22/2008 | 2,932.01 | |
| | | 12/30/2008 | 29,693.63 | |
| | | 12/31/2008 | 1,100,773.35 | |
| | | 1/20/2009 | 15,361.42 | |
| | | 1/20/2009 | 18,174.58 | |
| | | 2/20/2009 | 21,976.60 | |
| | | 2/20/2009 | 1,847.47 | |
| | | 3/16/2009 | 3,953.00 | |
| | | 3/20/2009 | 19,616.85 | |
| | | 3/20/2009 | 2,318.08 | |
| | | 3/31/2009 | 3,829,192.33 | |
| | | 4/20/2009 | 26,546.95 | |
| | | 4/20/2009 | 3,717.66 | |
| | | 5/14/2009 | 29,729,953.00 | |
| | | 5/15/2009 | 1,150,000.00 | |
| | | 5/20/2009 | 26,728.68 | |
| | | 6/19/2009 | 34,415.21 | |
| | | 6/19/2009 | 1,535.04 | |
| | | 6/30/2009 | 935,815.07 | |
| | | 6/30/2009 | 7,338.67 | |
| | | 7/17/2009 | 26,396.70 | |
| | | 7/17/2009 | 1,949.47 | |
| | | 7/20/2009 | 464.41 | |
| | | 7/31/2009 | 28,056.80 | |
| | | 7/31/2009 | 2,886.17 | |
| | | 8/19/2009 | 1,393.33 | 90,359.74 |
| | | | 37,580,064.82 | |

Guaranty Financial Group, Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs
Payment to Insiders
Exhibit 3c

3c.  Payments to insiders.

| Name of Creditor & Relationship to Debtor | Address | Payment Date | Amount | Amount Still Owing |
|---|---|---|---|---|
| GUARANTY BUSINESS CREDIT CORPORATION | 1300 S. MOPAC EXPRESSWAY  AUSTIN, TX  78746 | 5/14/2009 | 1,837,929.00<br>1,837,929.00 | 0.00 |
| GUARANTY CAPITAL CORPORATION | 1300 S. MOPAC EXPRESSWAY  AUSTIN, TX  78746 | 5/14/2009 | 1,718,003.00<br>1,718,003.00 | 0.00 |
| GUARANTY GROUP CAPITAL INC. | 8333 DOUGLAS AVENUE  DALLAS, TX  75225 | 9/15/2008 | 972,000.00<br>972,000.00 | 0.00 |
| GUARANTY GROUP VENTURES INC. | 8333 DOUGLAS AVENUE  DALLAS, TX  75225 | 9/16/2008<br>12/15/2008 | 109,982.45<br>110,995.95<br>220,978.40 | 5,555,383.78 |
| GUARANTY HOLDINGS INC. I | 1700 BANK OF AMERICA PLAZA  300 S. FOURTH ST.  LAS VEGAS, NV  89101 | 9/30/2008<br>5/22/2009 | 307,010,000.00<br>3,652.00<br>307,013,652.00 | 0.00 |
| GUARANTY PLUS HOLDING COMPANY | 1300 S. MOPAC EXPRESSWAY  AUSTIN, TX  78746 | 9/15/2008<br>5/14/2009 | 88,000.00<br>251,243.00<br>339,243.00 | 0.00 |
| GUARANTY PLUS PROPERTIES, LLC - 2 | 1300 S. MOPAC EXPRESSWAY  AUSTIN, TX  78746 | 9/15/2008<br>5/14/2009 | 496,000.00<br>1,693,733.00<br>2,189,733.00 | 0.00 |
| RWHC, INC. | 101 CONVENTION CENTER DRIVE, SUITE 850  LAS VEGAS, NV  89109 | 5/14/2009 | 78,615.00<br>78,615.00 | 0.00 |
| TEMPLE-INLAND FINANCIAL SERVICES, INC. | 1300 S. MOPAC EXPRESSWAY  AUSTIN, TX  78746 | 9/22/2008 | 1,832,544.00<br>1,832,544.00 | 0.00 |
| TMF HOLDING, INC. | 1300 S. MOPAC EXPRESSWAY  AUSTIN, TX  78746 | 9/15/2008 | 6,000.00<br>6,000.00 | 0.00 |
| | | GRAND TOTAL | $355,935,757.51 | $6,045,743.52 |

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

**Statement of Financial Affairs**
Current Officers, Directors & Stockholders
Exhibit 21b

**21b. Officers or directors and Stockholders.**

| Name & Address | Title | Nature & Percentage of Stock Ownership |
|---|---|---|
| TRT Holdings, Inc. Attn: Robert B. Rowling 600 East Las Colinas Blvd., Suite 1900 Irving, TX 75039 | Shareholder – 21,699,048 shares | 19.92% |
| Icahn Associates Corporation Attn: Carl C. Icahn 767 Fifth Avenue, 47th Floor New York, NY 10153 | Shareholder – 15,104,135 shares | 13.87% |
| Highside Capital Partners, LP and Highside Offshore, Ltd. 100 Crescent Ct., #860 Dallas, TX 75201 | Shareholder – 9,938,211 shares | 9.12% |
| Greenlight Capital, LLC 140 East 45th Street, 24th Floor New York, NY 10017 | Shareholder – 8,317,242 shares | 7.63% |
| Ironbound Capital Management, LP; Ironbound Capital, LLC, Ironbound Associates, LLC, Stephen I Silverman 902 Carnegie Center, Suite 300 Princeton, NJ 08540 | Shareholder – 4,969,105 shares | 4.56% |
| Barclays Global Fund Advisors and Affiliated entities 400 Howard Street San Francisco, CA 94105 | Shareholder – 5,739,481 shares | 5.27% |

9/28/2009

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

**Statement of Financial Affairs**
Current Officers, Directors & Stockholders
Exhibit 21b

**21b. Officers or directors and Stockholders.**

| Name & Address | Title | Nature & Percentage of Stock Ownership |
|---|---|---|
| Vanguard Fiduciary Trust Company 500 Admiral Nelson Blvd. Malvern, PA 19355 | Shareholder -- 1,491,859 shares | 1.37% |
| Remaining, as a group | Shareholder – 41,677,248 shares | 38.26% |
| Dennis S. Faulkner, CRO 400 N. St. Paul #600 Dallas, TX 75201 | Sole Director / Chief Restructuring Officer (Note 1) | |

Note 1: Dennis S. Faulkner was appointed as the Chief Restructuring Officer, pursuant to the Interim Order Authorizing the Debtors to (a) Employ and Retain Lain, Faulkner & Co., P.C. to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (b) to Designate Dennis Faulkner as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date.  The order was entered on September 3, 2009.

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs
### Terminated Officers or Directors
### Exhibit 22b

**22b. Officers or directors whose relationship with the corporation terminated within one year.**

| Name | Address | Position |
|---|---|---|
| BERNARD L. CRAWFORD, JR. | 1529 BARTON SPRINGS RD., UNIT 2  AUSTIN, TX  78704 | OFFICER |
| BILL WALKER | 7 TREEMONT  AUSTIN, TX  78746 | DIRECTOR |
| CHARLES A. FERNANDEZ | 4339 WOODFIN DR.  DALLAS, TX  75220 | OFFICER |
| CHARLES EIKENBERG | 6723 LAKEHURST AVENUE  DALLAS, TX  75230 | SENIOR EXECUTIVE VICE PRESIDENT, CHIEF RETAIL BANKING OFFICER |
| CHRISTIAN E. OTTESON | 4014 NORWICH DR.  GARLAND, TX  75043 | OFFICER |
| CRAIG E. GIFFORD | 2720 DREW AVE S  MINNEAPOLIS, MN  55416 | OFFICER |
| DAVID W. BIEGLER | 1700 PACIFIC AVENUE, SUITE 2350  DALLAS, TX  75201 | DIRECTOR |
| DONALD S. PERSCHBACHER | 217 BAY CIRCLE  COPPELL, TX  75019 | EXECUTIVE VICE PRESIDENT, CHIEF CREDIT OFFICER |
| DOUGLAS J. HARKER | 5301 ASPEN  BELLAIRE, TX  77401 | SENIOR EXECUTIVE VICE PRESIDENT, CHIEF ADMINISTRATIVE OFFICER |
| DR. LARRY R. FAULKNER | 600 TRAVIS ST., SUITE 6400  HOUSTON, TX  77002 | DIRECTOR |
| EDWARD R. MCPHERSON | 3633 GREENBRIER DRIVE  DALLAS, TX  75225 | DIRECTOR |
| GAIL G. MOSELEY | 417 DORAL PLACE  GARLAND, TX  75043 | ASSISTANT SECRETARY |
| GLORIA A. CALCOTE | 2341 FOLKSTONE WAY  BEDFORD, TX  76021 | OFFICER |
| GREG A. CHANTLER | 26628 LORE HEIGHTS CT.  HEMET, CA  92544 | OFFICER |
| HAROLD L. SHULTS JR. | 1380 PATTERSON RD.  AUSTIN, TX  78733 | OFFICER |

Guaranty Financial Group Inc.

**Statement of Financial Affairs**
Terminated Officers or Directors
Exhibit 22b

**22b. Officers or directors whose relationship with the corporation terminated within one year.**

| Name | Address | Position |
|------|---------|----------|
| JAMES J. UNGER | 100 CLARK STREET  ST. CHARLES, MO 63301-2075 | DIRECTOR |
| JANIE E. PERELMAN | 3614 UNIVERSITY PARK LN.  IRVING, TX  75062 | OFFICER |
| JERRY W. HICKENBOTTOM | 8603 BRYER CREEK TRAIL  AUSTIN, TX  78717 | OFFICER |
| JOHN PETREY | 4424 GAINES RANCH LOOP #614  AUSTIN, TX 78735 | EXECUTIVE VICE PRESIDENT; CHIEF INFORMATION OFFICER |
| JOHN STUART III | 3325 SOUTHWESTERN  DALLAS, TX 75225 | OFFICER / DIRECTOR |
| JOHN W. WESSMAN | 4321 BRYAN MAWR DR.  DALLAS, TX 75225 | EXECUTIVE VICE PRESIDENT; CHIEF MARKETING OFFICER |
| KAREN J. HARTNETT | 7007 HUNT LANE  FULSHEAR, TX  77441 | OFFICER |
| KENNETH M. JASTROW II | 1242 PT RANCH ROAD  ROUND MOUNTAIN, TX  78663 | DIRECTOR |
| KENNETH R. DUBUQUE | 124 E. 84TH ST., APT 7B  NEW YORK, NY  10028 | DIRECTOR / OFFICER |
| KEVIN J. HANIGAN | 3213 LOVERS LANE  DALLAS, TX 75225 | DIRECTOR; CHAIRMAN OF THE BOARD & CHIEF EXECUTIVE OFFICE |
| LARRY E. TEMPLE | 400 WEST 15TH ST., SUITE 1510  AUSTIN, TX 78701 | DIRECTOR |
| LEIGH M. MCALLISTER | 1609 MANANA STREET  AUSTIN, TX 78730 | DIRECTOR |
| LOUIS MESTIER | 2107 PEACH TREE ST.  AUSTIN, TX 78704 | VICE PRESIDENT |
| MARK A. CRAWFORD | 3200 CEDAR RIDGE  FLOWER MOUND, TX  75022 | EXECUTIVE VICE PRESIDENT; CHIEF RISK OFFICER |
| MATHEW HICKEY | 3723 VINECREST DR.  DALLAS, TX 75229 | OFFICER |
| MICHAEL D. CALCOTE | 2341 FOLKSTONE WAY  BEDFORD, TX 76021 | OFFICER |

9/28/2009

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs
### Terminated Officers or Directors
### Exhibit 22b

**22b. Officers or directors whose relationship with the corporation terminated within one year.**

| Name | Address | Position |
|------|---------|----------|
| PRINCE MCKNIGHT | 4575 VENETO DR.  FRISCO, TX 75034 | SENIOR VICE PRESIDENT; CHIEF COMPLIANCE OFFICER & CHIEF PRIVACY OFFICER |
| RAUL R. ROMERO | 1600 COLONIAL HILLS DRIVE  MCLEAN, VA  22102 | DIRECTOR |
| RICHARD J. STEPHENS | 9265 MEADOWGLEN DR.  DALLAS, TX 75238 | ASSISTANT SECRETARY |
| ROBERT B. GREENWOOD | 4687 FAIRFAX AVE  DALLAS, TX  75209 | OFFICER |
| ROBERT D. MCTEER | 3 WOODCREEK LANE  FRISCO, TX 75034 | DIRECTOR |
| ROBERT ROWLING | 600 E. LAS COLINAS, SUITE 1900  IRVING, TX 75039 | DIRECTOR |
| ROBERT V. KAVANAUGH | 9 ATHERTON ISLAND  STOCKTON, CA  95204-3806 | DIRECTOR |
| RONALD D. MURFF | 88 ABBEY WOODS LN.  DALLAS, TX  75248 | OFFICER |
| RUSTY N. LAFORGE | 1904 JUBILEE RD.  PLANO, TX 75093 | SENIOR VICE PRESIDENT, INVESTOR RELATIONS |
| SARAH ROBERTS | 4532 CAPE CHARLES DR.  PLANO, TX 75024 | ASSISTANT SECRETARY |
| SCOTT A. ALMY | 880 ST. JAMES COURT  FAIRVIEW, TX 75069 | SENIOR EXECUTIVE VICE PRESIDENT; CHIEF LEGAL AND GOVERNANCE OFFICE; GENERAL COUNSEL & SECRETARY |
| STEPHEN RAFFAELE | 5185 LAGO VISTA LN.  FRISCO, TX 75034 | SENIOR EXECUTIVE VICE PRESIDENT; CHIEF FINANCIAL OFFICER |
| VICKIE M. BARGAS | 36 TRANQUIL POND DR.  FRISCO, TX 75034 | SENIOR VICE PRESIDENT, CHIEF HUMAN RESOURCES OFFICER |

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs
### Terminated Officers or Directors
### Exhibit 22b

**22b. Officers or directors whose relationship with the corporation terminated within one year.**

| Name | Address | Position |
|------|---------|----------|
| WESLEY S. MCBEE | 3906 CEDARWOOD CT. ARLINGTON, TX 76017 | EXECUTIVE VICE PRESIDENT; CHIEF OPERATIONAL RISK & AUDIT OFFICER |

9/28/2009

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs

Exhibit 23

### 23. Withdrawals from a partnership or distributions by a corporation.

| Name & Address of Recipient<br>Relationship to Debtor | Date & Purpose of Withdrawal | Amount of Money or Description &<br>Value of Property (NOTE 1) |
|---|---|---|
| SCOTT ALMY 880 ST. JAMES COURT FAIRVIEW, TX 75069 | 2008 BASE PAY | 56,762.49 |
| SENIOR EXECUTIVE VICE PRESIDENT; CHIEF LEGAL AND GOVERNANCE | 2008 BONUS | 33,250.00 |
| OFFICE; GENERAL COUNSEL & SECRETARY | 2008 PHYSICALS | 950.00 |
| | 2009 BASE PAY | 37,707.70 |
| | | 128,670.19 |
| MICHAEL CALCOTE 2341 FOLKSTONE WAY BEDFORD, TX 76021 | 2008 BASE PAY | 8,221.15 |
| OFFICER | 2008 BONUS | 22,065.93 |
| | 2008 PHYSICALS | 150.00 |
| | 2008 RELOCATION | 1,329.14 |
| | 2009 BASE PAY | 1,738.36 |
| | 2009 SEVERANCE | 550,000.00 |
| | | 583,504.57 |
| GLORIA CALCOTE 2341 FOLKSTONE WAY BEDFORD, TX 76021 | 2008 BASE PAY | 24,092.54 |
| OFFICER | 2008 BONUS | 1,425.00 |
| | 2009 BASE PAY | 15,711.54 |
| | | 41,229.08 |
| KENNETH DUBUQUE 124 E 84TH ST., APT. 7B NEW YORK, NY 10028 | 2009 SEVERANCE | 1,300,000.00 |
| DIRECTOR / OFFICER | | 1,300,000.00 |

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs

### Exhibit 23

**23. Withdrawals from a partnership or distributions by a corporation.**

| Name & Address of Recipient Relationship to Debtor | Date & Purpose of Withdrawal | Amount of Money or Description & Value of Property (NOTE 1) |
|---|---|---|
| CRAIG GIFFORD 2720 DREW AVE S MINNEAPOLIS, MN 55416 | 2008 BASE PAY | 9,858.51 |
| OFFICER | 2008 BONUS | 4,000.00 |
| | | 13,858.51 |
| ROBERT GREENWOOD 4687 FAIRFAX AVENUE DALLAS, TX 75209 | 2009 SEVERANCE | 850,000.00 |
| OFFICER | | 850,000.00 |
| KAREN HARTNETT 7007 HUNT LANE FULSHEAR, TX 77441 | 2008 BASE PAY | 54,239.05 |
| OFFICER | 2008 BONUS | 33,250.00 |
| | 2009 BASE PAY | 1,937.43 |
| | 2009 SEVERANCE | 550,000.00 |
| | | 639,426.48 |
| JERRY HICKENBOTTOM 8603 BRYER CREEK TRAIL AUSTIN, TX 78717 | 2009 SEVERANCE | 550,000.00 |
| OFFICER | | 550,000.00 |
| RUSTY LAFORGE 1904 JUBILEE ROAD PLANO, TX 75093 | 2008 BASE PAY | 175,000.01 |
| SENIOR VICE PRESIDENT, INVESTOR RELATIONS | 2009 BASE PAY | 107,692.31 |
| | | 282,692.32 |

Case No: 09-35582-BJH-11

Guaranty Financial Group Inc.

## Statement of Financial Affairs

Exhibit 23

23. Withdrawals from a partnership or distributions by a corporation.

| Name & Address of Recipient<br>Relationship to Debtor | Date & Purpose of Withdrawal | Amount of Money or Description &<br>Value of Property (NOTE 1) |
|---|---|---|
| PRINCE MCKNIGHT  4575 VENETO DRIVE  FRISCO, TX  75034 | 2008 BASE PAY | 22,310.77 |
| SENIOR VICE PRESIDENT; CHIEF COMPLIANCE OFFICER & CHIEF PRIVACY | 2009 BASE PAY | 14,381.54 |
| OFFICER | | 36,692.31 |
| GAIL MOSELEY  417 DORAL PLACE  GARLAND, TX  75043 | 2008 BASE PAY | 17,366.75 |
| ASSISTANT SECRETARY | 2008 BONUS | 460.00 |
| | 2009 BASE PAY | 10,912.60 |
| | | 28,739.35 |
| CHRISTIAN OTTESON  4014 NORWICH DRIVE  GARLAND, TX  75043 | 2008 BASE PAY | 34,163.47 |
| OFFICER | 2008 BONUS | 5,700.00 |
| | 2009 BASE PAY | 15,029.37 |
| | | 54,892.84 |
| JANIE PERELMAN  3614 UNIVERSITY PARK LANE  IRVING, TX  75062 | 2008 BASE PAY | 35,555.57 |
| OFFICER | 2008 BONUS | 1,425.00 |
| | 2009 BASE PAY | 12,367.13 |
| | | 49,347.69 |

Guaranty Financial Group Inc.

Case No: 09-35582-BJH-11

## Statement of Financial Affairs

### Exhibit 23

23. Withdrawals from a partnership or distributions by a corporation.

| Name & Address of Recipient Relationship to Debtor | Date & Purpose of Withdrawal | Amount of Money or Description & Value of Property (NOTE 1) |
|---|---|---|
| STEPHEN RAFFAELE  5185 LAGO VISTA LN.  FRISCO, TX 75034 | 2008 BASE PAY | 7,776.92 |
| SENIOR EXECUTIVE VICE PRESIDENT; CHIEF FINANCIAL OFFICER | 2008 PHYSICALS | 150.00 |
| | 2009 BASE PAY | 4,800.00 |
| | | 12,726.92 |
| SARAH ROBERTS  4532 CAPE CHARLES DR.  PLANO, TX 75024 | 2008 BASE PAY | 12,879.02 |
| ASSISTANT SECRETARY | 2008 BONUS | 1,520.00 |
| | 2009 BASE PAY | 7,950.76 |
| | | 22,349.78 |
| RICHARD STEPHENS  9265 MEADOWGLEN DR.  DALLAS, TX 75238 | 2008 BASE PAY | 16,090.27 |
| ASSISTANT SECRETARY | 2009 BASE PAY | 10,190.77 |
| | | 26,281.03 |

Note 1:  The distributions listed for each individual represent the Debtor's allocated portion of the payment made.  The actual payments were made by Guaranty Bank with associated intercompany allocation charges issued to the Debtor by Guaranty Bank.

9/28/2009