Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

| | | |
|---|---|---|
| GUARANTY FINANCIAL GROUP INC., et al., | § § § § § § | Case No.: 09-35582-bjh (Jointly Administered) |
| Debtor(s) | | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Spelfogel__     __Douglas__     __E.__
          Last              First         MI

2. Firm Name: __Foley & Lardner, LLP__

3. Address: __90 Park Avenue__
   __New York, New York 10016__

4. Phone: __212-338-3566__     FAX: __212-687-2329__

5. Name used to sign *all* pleadings: __Michael D. Warner__

6. Retained by: __Wilmington Trust__

7. Admitted on __1989__ and presently a member in good standing of the bar of the highest court of the state of __New York__ and issued the bar license number of __2295384__ .

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. Court of Appeals for Second Circuit | 2001 |
   | U.S.D.C. for the Southern District of NY | 1989 |
   | See Attached List for Additional Courts | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | |
    | | |
    | | |

13. Local counsel of record: Michael D. Warner w/ Warner Stevens, LLP

14. Local counsel's address: 301 Commerce Street, Suite 1700
    Fort Worth, Texas 76102

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on November 30, 2009.

Douglas E. Spelfogel
Printed Name of Applicant

Signature of Applicant

11/30/2009
Date

**Additional Courts Douglas E. Spelfogel is Admitted to:**

| Court: | Admission Date: |
| --- | --- |
| U.S.D.C. for the Eastern District of NY | 1989 |
| U.S.D.C. for the Northern District of NY | 2002 |
| U.S. Court of Appeals for the Sixth Circuit | 2006 |