

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed December 22, 2009            **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.,* | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

**ORDER GRANTING MOTION PURSUANT TO SECTIONS 105(a),
541(a) AND 1123(b)(3)(B) OF THE BANKRUPTCY CODE FOR
APPROVAL OF CLAIMS INVESTIGATION PROCEDURES STIPULATION
BETWEEN THE DEBTORS, THE FDIC AND WILMINGTON TRUST [Docket No. 110]**

Upon consideration of Motion Pursuant to Sections 105(a), 541(a) and 1123(b)(3)(B) of the Bankruptcy Code for Approval of Claims Investigation Procedures Stipulation Between the Debtors, the FDIC, and Wilmington Trust (the "Motion"),[1] filed by Guaranty Financial Group Inc., Guaranty Group Ventures Inc., Guaranty Holdings Inc. I, and Guaranty Group Capital Inc. (collectively, the "Debtors"), as debtors-in-possession; and it appearing that the Court has jurisdiction over this matter and the relief requested in accordance with 28 U.S.C. §§ 157 and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

1334; and it appearing that due notice of the Motion has been provided as set forth in the certificate of service attached to the Motion, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and upon all of the proceedings heard before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Claims Investigation Procedures Stipulation, attached hereto as **Exhibit A**, be and hereby is approved in its entirety; and it is further

**ORDERED**, that the Challenge Period described in the Order Implementing the Requirements of Sections 345(B) of the Bankruptcy Code and the Region VI, Northern District of Texas, Guidelines for Chapter 11 Debtors-in-Possession dated September 3, 2009 (the "345 Order") by which the Federal Deposit Insurance Corporation-Receiver ("FDIC-R") must assert a Challenge (as defined in the 345 Order) is hereby extended to and includes January 29, 2010, which date may be extended upon the written consent of the Debtors, the FDIC-R and Wilmington Trust without further order of this court.

###END OF ORDER###

**Proposed Exhibit to Order Filed as Docket No. 137.**