U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed January 27, 2010                          **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | Expedited Hearing Requested |

### ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
### IN WHICH TO PROPOSE A CHAPTER 11 PLAN OF REORGANIZATION
### AND TO SOLICIT ACCEPTANCES THEREOF [Docket No. 135]

On this day came on for consideration the Debtors' Motion Pursuant to 11 U.S.C. § 1121(d)(1) for an Order Extending the Exclusive Periods in Which to Propose a Chapter 11 Plan of Reorganization and to Solicit Acceptances Thereof (the "Exclusivity Motion"); and it appearing to the Court that good cause exists for extending the Debtors' exclusivity periods; it is therefore

**ORDERED** that the Debtors' exclusive period under § 1121(b) of the Bankruptcy Code for filing a Chapter 11 plan of reorganization or liquidation hereby is extended to and includes March 22, 2010; and it is further

**ORDERED** that the period established by § 1121(c)(3) of the Bankruptcy Code to solicit acceptances of a plan of reorganization or liquidation hereby is extended to and includes May 21, 2010; and it is further

**ORDERED** that the relief granted herein is without prejudice to the Debtors' right to request additional extension of the Exclusive Periods pursuant to 11 U.S.C. § 1121(d).

# # # END OF ORDER # # #

Submitted by:

Robert D. Albergotti
State Bar No. 00969800
Ian T. Peck
State Bar No. 24013306
Autumn D. Highsmith
State Bar No. 24048806
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940