


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed March 16, 2010

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.,* | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

### ORDER FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO PROPOSE A CHAPTER 11 PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THEREOF
[Docket No. 192]

On this day came on for consideration the Debtors' Second Motion Pursuant to 11 U.S.C. § 1121(d)(1) for an Order Extending the Exclusive Periods in Which to Propose a Chapter 11 Plan of Reorganization and to Solicit Acceptances Thereof (the "Exclusivity Motion"); and it appearing to the Court that good cause exists for further extending the Debtors' exclusivity periods; it is therefore

**ORDERED** that the Debtors' exclusive period under § 1121(b) of the Bankruptcy Code

for filing a Chapter 11 plan of reorganization or liquidation hereby is further extended to and includes July 19, 2010; and it is further

**ORDERED** that the period established by § 1121(c)(3) of the Bankruptcy Code to solicit acceptances of a plan of reorganization or liquidation hereby is extended to and includes September 17, 2010; and it is further

**ORDERED** that a status conference will be held on May 6, 2010 where the Debtors shall provide an update on their progress in these Chapter 11 cases; and it is further

**ORDERED** that the FDIC-R, Wilmington Trust, and the Debtors are authorized to amend numbered paragraph 6 of the Claims Investigation Stipulation to provide as follows:

> The Debtors shall provide an initial draft plan of liquidation (the "Plan") and disclosure statement (the "Disclosure Statement"), to Wilmington Trust, FDIC-R, and Committee, if any, not later than July 5, 2010 or such other date as may be agreed to by the Debtors, Wilmington Trust and FDIC-R (and, if appointed, any Committee). The Debtors shall (i) use best efforts to accommodate the comments of Wilmington and FDIC-R and the Committee, if any; and (ii) file the Plan, Disclosure Statement, and a motion to approve the Disclosure Statement not later than July 19, 2010 or such other date as may be agreed to by the Debtors, Wilmington Trust, FDIC-R, and any Committee. The Plan shall provide for the appointment of a liquidating trustee acceptable to Wilmington Trust and the FDIC-R.

And it is further

**ORDERED** that the relief granted herein is without prejudice to the Debtors' right to request additional extension of the Exclusive Periods pursuant to 11 U.S.C. § 1121(d).

# # # END OF ORDER # # #

<u>Submitted by</u>:

Robert D. Albergotti
State Bar No. 00969800
Ian T. Peck
State Bar No. 24013306
Autumn D. Highsmith
State Bar No. 24048806

Page 2 of 3

D-47104_609327

Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940