Robert D. Albergotti
State Bar No. 00969800
Ian T. Peck
State Bar No. 24013306
Autumn D. Highsmith
State Bar No. 24048806
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.,* | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

## NOTICE OF AMENDMENT TO SCHEDULE E

PLEASE TAKE NOTICE that Guaranty Financial Group Inc ("GFG" or the "Debtor"), as debtor-in-possession, files the attached Amended Schedule E, along with its Amended Summary of Schedules and Declaration.

PLEASE TAKE FURTHER NOTICE that the attached Amended Schedule E is filed solely to correct the priority claim total at the bottom of Sheet 4 of 4 and the corresponding amount on the Summary of Schedules. The individual items reflected in Schedule E have not been changed.

Dated: March 19, 2010.

>**HAYNES AND BOONE, LLP**
>
>By: */s/   Ian T. Peck*
>
>Robert D. Albergotti
>State Bar No. 00969800
>Ian T. Peck
>State Bar No. 24013306
>Autumn D. Highsmith
>State Bar No. 24048806
>2323 Victory Avenue, Suite 700
>Dallas, Texas  75219
>Telephone: 214-651-5000
>Facsimile:  214-651-5940
>
>**ATTORNEYS FOR THE DEBTORS**

# United States Bankruptcy Court

**DISTRICT OF**

In re  Guaranty Financial Group Inc.  Debtor,  Case No. 09-35582-BJH  Chapter 11

## AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under Chapter 7, 11 or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 12,697,574.83 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditor Holding Secured Claim | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 6 | | $ 166,646.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 55 | | $ 328,632,432.65 | |
| G - Executory Contracts and Unexpired Leases | YES | 13 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | | | | $ |
| Total Number of Sheets in ALL Schedules | | 82 | | | |
| | | Total Assets | $ 12,697,574.83 | | |
| | | | | Total Liabilities $ 328,799,078.79 | |

| In re | Guaranty Financial Group Inc. | Debtor, | Case No. | 09-35582-BJH | Chapter | 11 |

## AMENDED - SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY: SEVERANCE CLAIMS RELATED TO GUARANTY BANK EMPLOYEES

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RUSTY CHARLTON 1803 CHINCOTEAGUE WAY ROUND ROCK, TX 78681 | | | See Note | | | X | $60,646.15 | $10,950.00 | $49,696.15 |
| ACCOUNT NO. KELLI GLASS 4002 PARK LANE DALLAS, TX 75220 | | | See Note | | | X | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. LOUIS MESTIER 2107 PEACH TREE STREET AUSTIN, TX 78704 | | | See Note | | | X | 38,307.69 | 10,950.00 | 27,357.69 |
| ACCOUNT NO. DESTINE MOE 9617 GREAT HILLS TRAIL #621 AUSTIN, TX 78759 | | | See Note | | | X | 23,076.92 | 10,950.00 | 12,126.92 |
| ACCOUNT NO. MIOSHA NEWBILL 3813 HERON ROOST PASS PFLUGERVILLE, TX 78660 | | | See Note | | | X | 13,846.15 | 10,950.00 | 2,896.15 |
| ACCOUNT NO. COLLEEN REINEMANN 114 WILLIES WAY MARTINDALE, TX 78655 | | | See Note | | | X | 23,384.62 | 10,950.00 | 12,434.62 |
| ACCOUNT NO. JERI SCHWARTZ 1107 DALEA BLUFF ROUND ROCK, TX 78665 | | | See Note | | | X | 7,384.61 | 7,384.61 | 0.00 |

Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Total of this page): $166,646.14 | 62,134.61 | 104,511.53

Total (Use only on last page of the completed Schedule E): $166,646.14 | 0.00 | 0.00

(Report total also on Summary of Schedules)

NOTE: Severance claims are identified as disputed based solely the priority of the severance claims. The amount of the severance claims are not disputed.

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the __Chief Restructuring Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the __Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __83__ (Total Shown On Summary Page Plus 1) sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __3/17/10__      Signature: __/s/ Dennis Faulkner__

Dennis S. Faulkner, Chief Restructuring Officer
[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

The business of the Debtor is complex. While every effort has been made to make these Schedules accurate and complete, unintentional errors or omissions may exist. In the event that errors or omissions are discovered, these Schedules will be supplemented or amended, as appropriate.