U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed June 05, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | Case No. 09-35582-bjh |
| *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

**ORDER ADOPTING AMENDED STIPULATION regarding responses to, and final hearing on, motion of the federal deposit insurance corporation, as receiver for guaranty bank, for an order modifying the automatic stay as to property <u>and granting setoff by the fdic-receiver</u> [DOCKET nO. 226]**

Came on to be considered the Amended Stipulation Regarding Responses to, and Final Hearing on, Motion of the Federal Deposit Insurance Corporation, as Receiver for Guaranty Bank, for an Order Modifying the Automatic Stay as to Property and Granting Setoff by the FDIC-Receiver, dated May 12, 2010 [Docket No. 225] (the "<u>Amended Stipulation</u>") filed in the above-referenced case. After reviewing the Amended Stipulation, the Court determines that the

Amended Stipulation should be adopted by the Court.

Therefore, the provisions of the Amended Stipulation are **SO ORDERED**.

### END OF ORDER ##