

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Barbara J. Houser*
**United States Bankruptcy Judge**

**Signed July 21, 2010**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.,* | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

### ORDER FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO PROPOSE A CHAPTER 11 PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THEREOF
**[Docket No. 243]**

On this day came on for consideration the Debtors' Third Motion Pursuant to 11 U.S.C. § 1121(d)(1) for an Order Extending the Exclusive Periods in Which to Propose a Chapter 11 Plan of Reorganization and to Solicit Acceptances Thereof (the "Exclusivity Motion"); and it appearing to the Court that good cause exists for further extending the Debtors' exclusivity periods; it is therefore

**ORDERED** that the Debtors' exclusive period under § 1121(b) of the Bankruptcy Code

for filing a Chapter 11 plan of reorganization or liquidation hereby is further extended to and includes October 18, 2010; and it is further

**ORDERED** that the period established by § 1121(c)(3) of the Bankruptcy Code to solicit acceptances of a plan of reorganization or liquidation hereby is extended to and includes December 17, 2010; and it is further

**ORDERED** that the FDIC-R, Wilmington Trust, and the Debtors are authorized to further amend numbered paragraph 6 of the Claims Investigation Stipulation to provide as follows:

> The Debtors shall provide an initial draft plan of liquidation (the "Plan") and disclosure statement (the "Disclosure Statement"), to Wilmington Trust, FDIC-R, and Committee, if any, not later than October 4, 2010 or such other date as may be agreed to by the Debtors, Wilmington Trust and FDIC-R (and, if appointed, any Committee). The Debtors shall (i) use best efforts to accommodate the comments of Wilmington and FDIC-R and the Committee, if any; and (ii) file the Plan, Disclosure Statement, and a motion to approve the Disclosure Statement not later than October 18, 2010 or such other date as may be agreed to by the Debtors, Wilmington Trust, FDIC-R, and any Committee. The Plan shall provide for the appointment of a liquidating trustee acceptable to Wilmington Trust and the FDIC-R.

And it is further

**ORDERED** that the relief granted herein is without prejudice to the Debtors' right to request additional extension of the Extended Exclusive Periods pursuant to 11 U.S.C. § 1121(d).

# # # END OF ORDER # # #

<u>Submitted by</u>:

Robert D. Albergotti
State Bar No. 00969800
Ian T. Peck
State Bar No. 24013306
Autumn D. Highsmith
State Bar No. 24048806
Haynes and Boone, LLP

2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:   214.651.5940