# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

## FOURTH STIPULATION EXTENDING RESPONSE DEADLINE
(Re: Docket No. 166)

On December 30, 2009, Brent L. Johnston ("Johnston") filed his Motion for Late Filed Claim [Docket No. 166] (the "Motion"). On January 19, 2010, Johnston and Guaranty Financial Group Inc. ("GFG") filed the Stipulation Extending Response Deadline [Docket No. 173] (the "Stipulation"). The Stipulation extended the deadline for GFG to respond to the Motion to March 22, 2010. On March 22, 2010, Johnston and GFG filed the Second Stipulation Extending Response Deadline [Docket No. 213] (the "Second Stipulation"). The Second Stipulation extended the deadline for GFG to respond to the Motion to July 19, 2010. On July 16, 2010, Johnston and GFG filed the Third Stipulation Extending Response Deadline [Docket No. 260] (the "Third Stipulation"). The Third Stipulation extended the deadline for GFG to respond to the Motion to October 18, 2010. Johnston and GFG have reached an agreement to further extend the deadline for GFG to respond to the Motion.

IT IS HEREBY STIPULATED AND AGREED, by and between Johnston and GFG, that the deadline for GFG to respond to the Motion is extended to November 30, 2010.

Dated: October 13, 2010

By: /s/ A.H. Smith

Robert D. Albergotti (TX Bar No. 00969800)
Ian T. Peck (TX Bar No. 24013306)
Autumn D. Highsmith (TX Bar No. 24048806)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

**ATTORNEYS FOR GUARANTY FINANCIAL GROUP INC.**

By: /s/ Brent L. Johnston

Brent L. Johnston
8723 Linkfair Lane
Houston, Texas 77025
Telephone: (713) 661-8115