Robert D. Albergotti
State Bar No. 00969800
Ian T. Peck
State Bar No. 24013306
Autumn D. Highsmith
State Bar No. 24048806
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: robert.albergotti@haynesboone.com
Email: ian.peck@haynesboone.com
Email: autumn.highsmith@haynesboone.com

**ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | HEARING DATE AND TIME: |
| | § | December 20, 2010 @ 1:15 p.m. |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the following matters has been set for **Monday, December 20, 2010 at 1:15 p.m. Central Time** before the Honorable Barbara J. Houser, United States Courthouse, 1100 Commerce Street Street, Room 1424 (Courtroom #2), Dallas, Texas 75242:

1. Third Interim Application of Haynes and Boone, LLP, Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses Advanced [Docket No. 292]; and

2. Third Interim Application of Dennis Faulkner and Lain, Faulkner & Co., P.C., Chief Restructuring Officer and Additional Personnel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 293].

| APPLICANT | TIME PERIOD | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED |
|---|---|---|---|
| Haynes and Boone, Counsel for Debtors [Docket No. 292] | 04/01/10 – 09/30/10 | $168,946.00 | $10,018.06 |
| Dennis Faulkner and Lain, Faulkner & Co., P.C., Chief Restructuring Officer and Additional Personnel for Debtors [Docket No. 293] | 04/01/10 – 09/30/10 | $87,494.25 | $4,958.25 |

**PLEASE TAKE FURTHER NOTICE** that **any objection or response to the matters listed above** must be filed with the Bankruptcy Court and served upon all parties on the attached Service List so that it is received by no later than **Wednesday, December 15, 2010[1].**

**PLEASE TAKE FURTHER NOTICE** that copies of the above-noted pleadings may be obtained (i) from this Court's website, http://www.txnb.uscourts.gov via ECF/Pacer, (ii) from the Debtors' proposed counsel's website, http://www.haynesboone.com/gfg, and (iii) upon request to the undersigned.

Dated: October 28, 2010.

---

[1] *See* Order (I) Establishing Omnibus Hearing Dates; (II) Establishing Procedures for Electronic Service; (III) Authorizing the Filing of a Consolidated List of the Twenty Largest General Unsecured Creditors; and (IV) Establishing a Uniform Schedule for the Filing and Service of Responses and Objections to Contested Motions [Docket No. 46].

**HAYNES AND BOONE, LLP**

By: */s/ Ian T. Peck*

Robert D. Albergotti
State Bar No. 00969800
Ian T. Peck
State Bar No. 24013306
Autumn D. Highsmith
State Bar No. 24048806
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Facsimile: 214-651-5940
Email: robert.albergotti@haynesboone.com
Email: ian.peck@haynesboone.com
Email: autumn.highsmith@haynesboone.com

**ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2010 a true and correct copy of the foregoing document was served upon all parties on the Limited Service List [Docket No. 291] (i) via e-mail (if available as indicated thereon) or United States first class mail, postage prepaid, and (ii) via e-mail upon the parties that receive electronic notice in these cases pursuant to the Court's ECF filing system.

*/s/ Ian T. Peck*
Ian T. Peck