# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: GUARANTY FINANCIAL
GROUP INC., ET AL   §
　　　　　　　　　　§   Case No.: 09-35582-BJH
　　　　　　　　　　§
　　　　　　　　　　§
　　　　　　　　　　§
　　　　Debtor(s)　§

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Matusky__　　　__Patrick__　　　_____
   　　　　Last　　　　　　　First　　　　　　MI

2. Firm Name: __Duane Morris LLP__

3. Address: __1940 Route 70 East, Suite 200__
   　　　　　__Cherry Hill, NJ 08003__

4. Phone: __856-874-4210__　　　FAX: __215-405-2966__

5. Name used to sign *all* pleadings: __Patrick Matusky__

6. Retained by: __Tricadia Financials Restructuring Partners, Ltd.__

7. Admitted on __12/16/1996__ and presently a member in good standing of the bar of the highest court of the state of __New Jersey__ and issued the bar license number of __042641996__ .

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | Pennsylvania | 11/10/1982 |
   | Florida | 04/26/1985 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | N/A |
    | | |
    | | |

13. Local counsel of record: __Stephen A. Goodwin, Esquire__

14. Local counsel's address: __Carrington, Coleman, Sloman & Blumenthal__
    __901 Main Street, Suite 5500, Dallas, TX 75202__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

PATRICK MATUSKY
Printed Name of Applicant

April 5, 2011
Date

*/s/ Patrick Matusky*
Signature of Applicant