Stephen A. Goodwin
  TX Bar No. 08186500
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
214-855-3000
214-855-1333 (Fax)

*Attorneys for Tricadia Financials Restructuring Partners, Ltd.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **GUARANTY FINANCIAL GROUP, INC.,** § | | **CASE NO. 09-35582-bjh** |
| *et al.*, § | | **(Jointly Administered)** |
| § | | |
| **Debtors.** § | | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Tricadia Financials Restructuring Partners, Ltd., by and through its undersigned counsel, files this notice of appearance and request for service of papers in the captioned case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342 and 1109(b), and requests that all notices given or required to be served in these cases, be given to and served upon the following person(s):

Stephen A. Goodwin
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000
(214) 855-1333 – Fax
sgoodwin@ccsb.com

Gerard S. Catalanello
**Duane Morris LLP**
1540 Broadway
New York, NY 10036-4086
(212) 692-1037
(212) 692-1020 – Fax
gcatalanello@duanemorris.com

Patrick Matusky
**Duane Morris LLP**
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003
(856) 874-4210
(215) 405-2966 – Fax
pmatusky@duanemorris.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by Tricadia Financials Restructuring Partners, Ltd. (1) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to these cases, or (2) of any other rights, claims, actions, setoffs, or recoupments to which Tricadia Financials Restructuring Partners, Ltd. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Tricadia Financials Restructuring Partners, Ltd. expressly reserves.

Notice of Appearance                           2 of 3
i_1509474v.1

DATED: April 6, 2011.

                Respectfully submitted,

                */s/ Stephen A. Goodwin*
                Stephen A. Goodwin
                Texas Bar No. 08186500
                **CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
                901 Main Street, Suite 5500
                Dallas, TX 75202
                (214) 855-3000
                (214) 855-1333 (Fax)

                *Attorneys for Tricadia Financials Restructuring Partners, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties shown on the Limited Service List (as of March 21, 2011) via ECF-electronic notification and/or U.S. Mail, on this 6th day of April 2011.

                */s/ Stephen A. Goodwin*
                Stephen A. Goodwin

Notice of Appearance        3 of 3
i_1509474v.1