# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re: § §
§ **Chapter 11**
§
**GUARANTY FINANCIAL GROUP, INC.,** §
§ **CASE NO. 09-35582-BJH**
*Debtors.* § **(Jointly Administered)**
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: _____ Nolan III _____ Vincent _____ J. _____
                       *Last*             *First*            *MI*

2. Firm Name: __Duane Morris LLP_____

3. Address: _____ 1940 Route 70 East, Suite 200 _____

            _____ Cherry Hill, NJ 08003 _____

4. Phone: _____ 856-874-4221 _____ FAX: _____ 856-874-4381 _____

5. Name used to sign all pleadings: __Vincent J. Nolan _____

6. Retained by: _____ Tricadia Financials Restructuring Partners, Ltd. _____

7. Admitted on January 21, 2000 and presently a member in good standing of the bar of the highest court of the state of New Jersey and issued the bar license of #036471999.

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| New York | September 2002 |
| Pennsylvania | October 2006 |

9. Are you presently a member in good standing of the bars of the courts listed above?
    ☑   Yes     ☐   No
If "No," please list all courts which you are no longer admitted to practice:

10. Have you eve been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☑ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☑ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| N/A | |
| | |
| | |

13. Local counsel of record: ___Stephen A. Goodwin___

14. Local counsel's address: ___Carrington, Coleman, Sloman & Blumenthal, LLP___

___901 Main Street, #5500, Dallas, TX 75202___

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☑     I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00.

☐     I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the U.S. Bankruptcy Court accompanied with the $25.00 filing fee on _____, 2011.


_____Vincent J. Nolan III_____          ____April 25, 2011____
Printed Name of Applicant                    Date

_[signature]_____
Signature of Applicant