Robert D. Albergotti (TX Bar No. 00969800)
Ian T. Peck (TX Bar No. 24013306)
Autumn D. Highsmith (TX Bar No. 24048806)
**HAYNES AND BOONE, LLP**
2323 Victory Ave., Ste. 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robert.albergotti@haynesboone.com
Email: ian.peck@haynesboone.com
Email: autumn.highsmith@haynesboone.com

*Attorneys for the Debtors-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GUARANTY FINANCIAL GROUP INC., | § | CASE NO. 09-35582-bjh |
| *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

## NOTICE OF EFFECTIVE DATE OF THE SECOND AMENDED JOINT PLAN OF LIQUIDATION FOR GUARANTY FINANCIAL GROUP INC., *ET AL.*, UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

On May 11, 2011, the Court entered its order (the "Confirmation Order") confirming the *Second Amended Joint Plan of Liquidation for Guaranty Financial Group Inc., et al., Under Chapter 11 of the United States Bankruptcy Code* (the "Plan"). The conditions precedent to effectiveness of the Plan listed in Article XIV of the Plan have occurred. Accordingly,

**PLEASE TAKE NOTICE** that the Effective Date of the Plan is **May 13, 2011**. For purposes of calculating all filing and other deadlines in the Plan and Confirmation Order determined by reference to the Effective Date, such time periods are deemed to have commenced on May 13, 2011. Certain of these deadlines are set forth below:

| Deadline to file applications or claims for payment of Administrative Claims (other than professional fee claims) (45 days after the Effective Date)[1] | June 27, 2011 |
|---|---|
| Deadline to file applications for Professional Fee Claims (45 days after the Effective Date)[2] | June 27, 2011 |
| Deadline for Liquidation Trustee to file claims objections (365 days after the Effective Date)[3] | May 13, 2012 |

Dated: May 13, 2011.                                   **HAYNES AND BOONE, LLP**

*/s/ Ian T. Peck*
Robert D. Albergotti (TX Bar No. 00969800)
Ian T. Peck (TX Bar No. 24013306)
Autumn D. Highsmith (TX Bar No. 24048806)
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone (214) 651-5000
Facsimile (214) 651-5940
Email: robert.albergotti@haynesboone.com
Email: ian.peck@haynesboone.com
Email: autumn.highsmith@haynesboone.com

*Attorneys for the Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 13, 2011, a true and correct copy of the foregoing document was served (i) upon all parties on the Limited Service List [Docket No. 501] via email (if available as indicated thereon) or United States first class mail, postage pre-paid, and (ii) via email upon the parties that receive electronic notice in these cases pursuant to the Court's ECF filing system.

*/s/ Ian T. Peck*
Ian T. Peck

---

[1] *See* Article IIA3a of the Plan for additional information
[2] *See* Article IIA3c of the Plan for additional information
[3] *See* Article VIIA of the Plan for additional information